JS-6

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10  | Deutsche Bank National Trust      | Case No.  2:17-cv-01361-AB-SKx
11  | Company                           |
         Plaintiff,                     |

12  | v.                                | ORDER DISMISSING CIVIL ACTION

13  | Commonwealth Land Title Insurance |
14  | CompanyDefendants.                |

15

16

17

18         THE COURT having been advised by counsel that the above-entitled action has

19  been settled;

20         IT IS THEREFORE ORDERED that this action is hereby dismissed without

21  costs and without prejudice to the right, upon good cause shown within **14 days,** to re-

22  open the action if settlement is not consummated.  This Court retains full jurisdiction

23  over this action and this Order shall not prejudice any party to this action.

24

25  Dated: April 05, 2019        _____

26                               ANDRE BIROTTE JR.
                                 UNITED STATES DISTRICT JUDGE

27

28

1.