**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF WAMU ASSET-BACKED CERTIFICATES WAMU SERIES 2007-HE1 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY; BUREAU OF INDIAN AFFAIRS; DORA SALGADO, an individual; ALANA MAE SEGUNDO, an individual; BELINDA SUE SHORT, an individual; MONICA LUTTERS, an individual; MARIA MENDEZ, an individual; LIZA PETE RODRIGUEZ, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01361-AB-SK<br><br>Judge: Hon. André Birotte Jr.<br><br>**[PROPOSED]** ORDER DISMISSING ACTION |

1.

**[PROPOSED] ORDER**

Good cause appearing therefor, and upon the stipulation of Plaintiff Deutsche Bank National Trust Company, as Trustee in Trust for Registered Holders of WAMU Asset-Backed Certificates WAMU Series 2007-HE1 Trust, and Defendant Commonwealth Land Title Insurance Company (Dkt. No. 113), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear its own attorney's fees and costs.

Dated: January 9, 2020

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE